UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00540-BR |
| v. | INFORMATION |
| PAMELA CHENEY, | 18 U.S.C. § 641 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### (Theft of Government Funds)
### (18 U.S.C. § 641)

Between on or about August 1, 1998, and continuing through on or about May 31, 2018, in the District of Oregon, defendant PAMELA CHENEY did knowingly and willfully steal and convert to her own use or the use of another, money of the Social Security Administration, a department and agency of the United States, to wit: by receiving Social Security Retirement Insurance Benefits (RIB) in an approximate amount of $247,656.00, based on fraudulent representations and concealments;

All in violation of Title 18, United States Code, Sections 641.

Dated: December 11, 2020                    Respectfully submitted,

                                            BILLY J. WILLIAMS
                                            United States Attorney

                                            */s/ Rachel K. Sowray*
                                            RACHEL SOWRAY, OSB #095159
                                            Special Assistant United States Attorney